**Order entered February 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01062-CV

**CURTIS JACKSON, Appellant**

**V.**

**AMERICAN HOMES 4 RENT PROPERTIES EIGHT, LLC, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-03296-B**

## ORDER

We **GRANT** appellant's February 12, 2015 motion for an extension of time to file an amended brief. Appellant shall file an amended brief by **MARCH 16, 2015**. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/    ELIZABETH LANG-MIERS
        JUSTICE